1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Jesus Sosa

6

7

8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11  JESUS SOSA,                             )   No.  1:10-CV-02156-AWI-SMS
                                            )
12              Plaintiff,                  )   **STIPULATION TO CONTINUE**
                                            )   **MANDATORY SCHEDULING**
13       vs.                                )   **CONFERENCE;  ORDER**
                                            )
14  TESEI PETROLEUM, INC. dba GATEWAY       )
    VALERO; TESEI LAND INVESTMENTS,         )
15  LLC,                                    )
                                            )
16                                          )
                Defendants.                 )
17  _____     )

18       WHEREAS, Plaintiff filed his Second Amended Complaint in this action on January 3,

19  2011 naming a new defendant, Tesei Petroleum, Inc.;

20       WHEREAS, Plaintiff has undertaken to effect service on defendant Tesei Petroleum,

21  Inc. and anticipates that service is imminent;

22       WHEREAS, the Mandatory Scheduling Conference is currently set for January 26, 2011

23  which conference will occur before the expiration of Defendant Tesei Petroleum, Inc.'s time to

24  file a responsive pleading;

25       IT IS HEREBY STIPULATED by and between Plaintiff Jesus Sosa and Defendant

26  Tesei Land Investments, Inc. (hereinafter "Defendant"), by and through their respective

27  counsel, that the Mandatory Scheduling Conference in this matter be continued to a date after

28

*Sosa v. Tesei Petroleum, Inc.*
Stipulation to Continue Mandatory Scheduling Conference
Page 1

March 14, 2011 in order to allow all defendants to appear and provide time to explore settlement.

Date: January 24, 2011                                    MOORE LAW FIRM, P.C.


                                                          /s/Tanya Moore
                                                          Tanya Moore
                                                          Attorneys for Plaintiff

Dated: January ___, 2011                                  DOWLING, AARON & KEELER, INC.


                                                          /s/ Keith M. White
                                                          Keith M. White, Attorneys for
                                                          Defendant Tesei Land Investments, LLC

### ORDER

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for January 26, 2011 be continued to April 5, 2011 at 10:30 a.m. in Courtroom 7 before the Honorable Sandra M. Snyder.

IT IS SO ORDERED.


Dated:   January 24, 2011                        /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE

*Sosa v. Tesei Petroleum, Inc.*
Stipulation to Continue Mandatory Scheduling Conference