1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Jesus Sosa
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 JESUS SOSA,                              )  No. 1:10-CV-2156-AWI-SMS
                                            )
12              Plaintiff,                  )  **STIPULATION FOR DISMISSAL OF**
                                            )  **ACTION; ORDER**
13       vs.                                )
                                            )
14 TESEI PETROLEUM, INC., et al.,           )
                                            )
15              Defendants.                 )
                                            )
16                                          )
                                            )
17 _____ )

18       IT IS HEREBY STIPULATED by and between Plaintiff Jesus Sosa and Defendants

19 Tesei Petroleum, Inc. and Tesei Land Investments, LLC, the parties to this action, by and

20 through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-

21 captioned action be dismissed with prejudice in its entirety.

22

23 Date: March 15, 2011                      MOORE LAW FIRM, P.C.

24

25
                                            /s/Tanya E. Moore
26                                          Tanya E. Moore
                                            Attorney for Plaintiff Jesus Sosa
27

28 ///

*Sosa v. Tesei Petroleum, Inc., et al.*
Stipulation for Dismissal
                                      Page 1

Date: March 15, 2011						DOWLING, AARON & KEELER, INC.

						/s/ Keith M. White
						Keith M. White, Attorneys for Defendants
						Tesei Petroleum Inc. and Tesei Land
						Investments, LLC

**ORDER**

  The parties having so stipulated,

  IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  March 15, 2011				_____
						CHIEF UNITED STATES DISTRICT JUDGE

*Sosa v. Tesei Petroleum, Inc., et al.*
Stipulation for Dismissal